UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case Number: 09-20523-2
Honorable Thomas L. Ludington

MICHAEL ROBERT SZEMITES,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE OF THE FIRST SUPERSEDING INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

A plea hearing was conducted on February 25, 2011, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent. The magistrate judge issued his report on February 28, 2011, recommending that this Court accept the defendant's plea of guilty as to Count One the first superseding indictment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. #148] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to Count One the first superseding indictment is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. #147] is taken **UNDER ADVISEMENT**.

                                                          s/Thomas L. Ludington

                                                THOMAS L. LUDINGTON  
                                                United States District Judge  
Dated: April 6, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 6, 2011.

                                                s/Tracy A. Jacobs  
                                                TRACY A. JACOBS